Argued and submitted January 28, reversed and remanded for reconsideration
February 27, 1991

In the Matter of the Compensation of
Dena L. Barnett, Claimant.

Dena L. BARNETT,
*Petitioner,*

*v.*

LIBERTY NORTHWEST
INSURANCE CORPORATION
and California Shellfish Co., Inc.,
*Respondents.*

(WCB 88-22382; CA A64959)

805 P2d 756

Benton Flaxel, North Bend, argued the cause for petitioner. With him on the brief was Flaxel, Todd & Nylander, North Bend.

Stafford J. Hazelett, Portland, argued the cause and filed the brief for respondents.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of the Workers' Compensation Board's calculation of temporary total disability benefits (TTD). We reverse and remand.

Claimant contends that the Board improperly failed to consider extended gaps in her work time during the 26 weeks before her injury. Under *former* OAR 436-60-020(7)(c), TTD for a worker who is employed varying hours and shifts is calculated on her average weekly earnings for the 26 weeks just before the disability, unless there are "extended gaps" in that period when the claimant was not working. On remand, the Board should determine whether the breaks in claimant's work qualify as "extended gaps" under *former* OAR 436-60-020(7) for the purposes of computing TTD.

Reversed and remanded for reconsideration.